# EXHIBIT A



# Notice of Service of Process

null / ALL
Transmittal Number: 18885277
Date Processed: 10/26/2018

| | |
|---|---|
| Primary Contact: | Michael K. Callahan<br>Eversource Energy<br>800 Boylston St<br>Spc 17<br>Boston, MA 02199-7050 |
| Entity: | Western Massachusetts Electric Company<br>Entity ID Number 3661445 |
| Entity Served: | Western Massachusetts Electric Company d/b/a Eversource Energy |
| Title of Action: | Local 455, International Brotherhood of Electrical Workers, AFL-CIO vs. Western Massachusetts Electric Company d/b/a Eversource Energy |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Labor / Employment |
| Court/Agency: | Hampden County Superior Court, MA |
| Case/Reference No: | AFL-C10 |
| Jurisdiction Served: | Massachusetts |
| Date Served on CSC: | 10/26/2018 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | James O. Hall<br>617-625-0708 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER

## COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION NO.

Local 455, International Brotherhood of Electrical Workers, AFL-CIO, PLAINTIFF(S)

v.

Western Massachusetts Electric Company d/b/a Eversource Energy, DEFENDANT(S)

SUMMONS

To the above named defendant:

You are hereby summoned and required to serve upon **James Hall**, plaintiff's attorney, whose address is **403 Highland Ave., Somerville, MA 02144** an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Judith Fabricant, Esq., at Springfield the **12th** day of **September** in the year of our Lord two thousand **eighteen**

Laura S. Gentile, Esquire
CLERK OF COURTS

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

A True Copy ATTEST
Constable

FORM No. 1

HAMPDEN, SS.                                    TRIAL COURT OF MASSACHUSETTS
                                                                                   SUPERIOR COURT

COMMONWEALTH OF MASSACHUSETTS
HAMPDEN COUNTY SUPERIOR COURT

LOCAL 455, INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS, AFL-CIO,

        Plaintiff
v.                                                                                                Civil Action No.

WESTERN MASSACHUSETTS ELECTRIC COMPANY
d/b/a EVERSOURCE ENERGY,

        Defendant

COMPLAINT

Comes now Plaintiff Local 455, International Brotherhood of Electrical Workers, AFL-CIO and asserts as follows:

1. Plaintiff Local 455, International Brotherhood of Electrical Workers, AFL-CIO (hereinafter "Local 455" or "the Plaintiff") is a labor organization that is the collective bargaining representative for certain craft workers of the Defendant Western Massachusetts Electric Company d/b/a Eversource Energy (hereinafter "the Company" or "the Defendant"). Local 455 has an office at 474 Page Boulevard, Springfield, Hampden County, Massachusetts.

2. The Company is a regulated public utility that, among other services and products, provides electricity to residences and businesses in the Western Massachusetts area. The Company has a business office at 300 Cadwell Drive in Springfield, Hampden County, Massachusetts.

3. Included in Local 455's bargaining unit of craft workers of the Company are approximately 118 employees in the classifications of line mechanics, line helpers, cable splicers

and helpers, electricians and helpers, distribution construction mechanics and stockhandlers (collectively referred to as "the employees"). Local 455 is legally representing all these employees in this action pursuant to Rule 23.2 of the Massachusetts Rules of Civil Procedure and the Supreme Judicial Court decision in <u>DiLuzio v. United Electrical, Radio and Machine Workers, Local 274</u>, 386 Mass. 314 (1982).

4. This Court has jurisdiction of this action per M.G.L. c. 149 §§148 and 150 and M.G.L. c. 151 §§1A and 1B.

5. Since on or about February 5, 2018, the Company has required the different classifications of employees to perform work during some or all of their half-hour lunch periods without paying them any compensation therefor. The work includes (but is not limited to) remaining with their trucks, safeguarding the Employer's equipment and materials, monitoring and responding to radio and telephone calls, distributing stock, representing the Company to inquiring members of the public, and, when notified, responding immediately to work assignments.

6. Because the Company has not relieved the employees of all work duties during their unpaid lunch periods, the Company has violated the Massachusetts labor laws, including M.G.L. c. 149 §§148 and 150 and M.G.L. c. 151 §§1A and 1B, and owes each employee time-and-one half overtime pay and benefits for all unpaid working lunch periods from February 5, 2018 to the present (and continuing into the future); in addition, the Company is obligated, per the law, to pay the employees treble damages and reasonable attorney's fees to the Plaintiff's attorney.

WHEREFORE, the Plaintiff respectfully requests this Court to:

1. Find the Company has, as alleged, violated the labor laws of Massachusetts including M.G.L. c. 149 §§148 and 150 and M.G.L. c. 151 §§1A and 1B.

2. Order the Company to compensate each employee with three times their time-and-one half overtime wages and benefits for all unpaid working lunch periods from February 5, 2018 to the present (and continuing into the future).

3. Order the Company to pay the reasonable attorney's fees and Court costs of the Plaintiff in this action.

4. Enjoin the Company from not properly compensating the employees for lunch periods when the employees perform work but are not being paid overtime wages and benefits therefor.

5. Order such other and further relief as this Court deems meet and just.

                                      Respectfully submitted,
                                      Plaintiff Local 455, International Brotherhood of Electrical
                                            Workers, AFL-CIO
                                            by its Attorney,

                                      */s/ James O. Hall*

September 12, 2018                         James O. Hall, Esquire
                                            BBO #217560
                                            403 Highland Avenue
                                            Somerville, MA 02144
                                            617/625-0708
                                            James.O.Hall@att.net

| CIVIL TRACKING ORDER<br>(STANDING ORDER 1- 88) | DOCKET NUMBER<br>1879CV00678 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br>Local 455, International Brotherhood of Electrical Workers, AFL-CIO vs. Western Massachusetts Electric Company Doing Business as Eversource Energy | | Laura S Gentile, Clerk of Courts |
| TO: File Copy | | COURT NAME & ADDRESS<br>Hampden County Superior Court<br>Hall of Justice - 50 State Street<br>P.O. Box 559<br>Springfield, MA 01102 |

## TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

### STAGES OF LITIGATION                             DEADLINE

|  | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 12/11/2018 | |
| Response to the complaint filed (also see MRCP 12) | | 01/10/2019 | |
| All motions under MRCP 12, 19, and 20 | 01/10/2019 | 02/11/2019 | 03/11/2019 |
| All motions under MRCP 15 | 01/10/2019 | 02/11/2019 | 03/11/2019 |
| All discovery requests and depositions served and non-expert depositions completed | 07/09/2019 | | |
| All motions under MRCP 56 | 08/08/2019 | 09/09/2019 | |
| Final pre-trial conference held and/or firm trial date set | | | 01/06/2020 |
| Case shall be resolved and judgment shall issue by | | | 09/11/2020 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.
Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.
This case is assigned to

| DATE ISSUED | ASSISTANT CLERK | PHONE |
|---|---|---|
| 09/12/2018 | Mary C Cullinan | (413)735-6016 |

Date/Time Printed: 09-12-2018 12:25:54                                                                SCV0261 08/2018

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 18-678 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| PLAINTIFF(S): Local 455, International Brotherhood of Electrical Workers, AFL-CIO ADDRESS: 474 Page Boulevard Springfield, MA 01104 ATTORNEY: James Hall, Esq. ADDRESS: 403 Highland Ave. Somerville, MA 02144 BBO: 217560 | | COUNTY: Hampden DEFENDANT(S): Western Massachusetts Electric Company d/b/a Eversource Energy ADDRESS: 300 Cadwell Drive Springfield, MA 01104 |

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| A01 | Labor | F | ☐ YES  ☒ NO |

*If "Other" please describe:

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses ................ $
  2. Total doctor expenses ................ $
  3. Total chiropractic expenses ................ $
  4. Total physical therapy expenses ................ $
  5. Total other expenses (describe below) ................ $
    Subtotal (A): $

HAMPDEN COUNTY SUPERIOR COURT FILED SEP 12 2018 CLERK OF COURTS

B. Documented lost wages and compensation to date ................ $
C. Documented property damages to date ................ $
D. Reasonably anticipated future medical and hospital expenses ................ $
E. Reasonably anticipated lost wages ................ $
F. Other documented items of damages (describe below) ................ $

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

TOTAL (A-F): $

**CONTRACT CLAIMS**
(attach additional sheets as necessary)

Provide a detailed description of claims(s):

TOTAL: $

Signature of Attorney/Pro Se Plaintiff: X  James O. Hall    Date: 9/12/18

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X  James O. Hall    Date: 9/12/18

Western Ma Electric Co
d/b/a Eversource Energy
c/o CSC
84 State St
Boston

# 1879CV00678 Local 455, International Brotherhood of Electrical Workers, AFL-CIO vs. Western Massachusetts Electric Company Doing Business as Eversource Energy

- Case Type
- Contract / Business Cases
- Case Status
- Open
- File Date
- 09/12/2018
- DCM Track:
- F - Fast Track
- Initiating Action:
- Services, Labor and Materials
- Status Date:
- 09/12/2018
- Case Judge:
- Next Event:
- 01/06/2020

All Information   Party   Event   Tickler   Docket   Disposition

## Party Information

**Local 455, International Brotherhood of Electrical Workers, AFL-CIO**
- Plaintiff

Alias

Party Attorney
- Attorney
- Hall, Esq., James O
- Bar Code
- 217560
- Address
- James.O.Hall, Attorney at Law
  403 Highland Ave
  Somerville, MA 02144
- Phone Number
- (617)625-0708

More Party Information

**Western Massachusetts Electric Company**
- Defendant

Alias

Party Attorney

More Party Information

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 01/06/2020 02:00 PM | Civil A - Ct. Rm.3 | | Pre-Trial Conference | | |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 09/12/2018 | 12/11/2018 | 90 | |
| Answer | 09/12/2018 | 01/10/2019 | 120 | |
| Rule 12/19/20 Served By | 09/12/2018 | 01/10/2019 | 120 | |
| Rule 12/19/20 Filed By | 09/12/2018 | 02/11/2019 | 152 | |

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Rule 12/19/20 Heard By | 09/12/2018 | 03/11/2019 | 180 | |
| Rule 15 Served By | 09/12/2018 | 01/10/2019 | 120 | |
| Rule 15 Filed By | 09/12/2018 | 02/11/2019 | 152 | |
| Rule 15 Heard By | 09/12/2018 | 03/11/2019 | 180 | |
| Discovery | 09/12/2018 | 07/09/2019 | 300 | |
| Rule 56 Served By | 09/12/2018 | 08/08/2019 | 330 | |
| Rule 56 Filed By | 09/12/2018 | 09/09/2019 | 362 | |
| Final Pre-Trial Conference | 09/12/2018 | 01/06/2020 | 481 | |
| Judgment | 09/12/2018 | 09/11/2020 | 730 | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 09/12/2018 | Attorney appearance<br>On this date James O Hall, Esq. added for Plaintiff Local 455, International Brotherhood of Electrical Workers, AFL-CIO | |
| 09/12/2018 | Case assigned to:<br>DCM Track F - Fast Track was added on 09/12/2018 | |
| 09/12/2018 | Original civil complaint filed. | 1 |
| 09/12/2018 | Civil action cover sheet filed. | 2 |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |